JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:24-cv-09635-ODW (PVCx) | Date | February 2, 2026 |
|---|---|---|---|
| Title | *Tynisa Meyi v. FMV Properties LLC et al* | | |

Present: The Honorable     Otis D. Wright, II, United States District Judge

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**                    **In Chambers**

The Court, having considered the parties' Joint Stipulation for Dismissal Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice the above-entitled action.  Each party shall bear its own costs and attorneys' fees.  The Court **VACATES** all dates and deadlines.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

: 00

Initials of Preparer     SE